# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M Company |
| Defendant 2 | AGC Chemical Americas Inc. |
| Defendant 3 | Arkema Inc. |
| Defendant 4 | BASF Corporation |
| Defendant 5 | Buckeye Fire Equipment Company |
| Defendant 6 | Carrier Global Corporation |
| Defendant 7 | ChemDesign Products Inc. |
| Defendant 8 | Chemguard, Inc. |
| Defendant 9 | The Chemours Company |
| Defendant 10 | The Chemours Company FC, LLC |
| Defendant 11 | Clariant Corporation |
| Defendant 12 | Corteva, Inc. |
| Defendant 13 | DuPont de Nemours, Inc. |
| Defendant 14 | Dynax Corporation |
| Defendant 15 | E.I. du Pont de Nemours & Co. |
| Defendant 16 | National Foam, Inc. |
| Defendant 17 | Tyco Fire Products L.P. |
| Defendant 18 | UTC Fire & Security Americas Corporation |
| Defendant 19 | |
| Defendant 20 | |
| Defendant 21 | |
| Defendant 22 | |
| Defendant 23 | |
| Defendant 24 | |
| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |

| | |
|---|---|
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

☐ Diversity

☐ Federal Question

☒ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐ Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

Kidney Cancer
Testicular Cancer
Thyroid Disease
Ulcerative Colitis
Liver Cancer
Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

>   Count I – Defective Design
>   Count II – Failure to Warn
>   Count III – Negligence
>   Count IV – Negligence Per Se
>   Count V – Trespass and Battery
>   Count VI – Strict Product Liability
>   Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
>   Count VIII – Concealment, Misrepresentation, and Fraud
>   Count IX – Conspiracy
>   Count X – Wrongful Death
>   Count XI – Loss of Consortium
>
>   <u>Other Causes of Action:</u>
>   Count XII – _____
>   Count XIII – _____
>   Count XIV – _____
>   Count XV – _____
>   Count XVI – _____
>   Count XVII – _____
>   Count XVIII – _____
>   Count XIX – _____
>   Count XX – _____
>   Others
>   _____
>   _____
>   _____

## Jury Demand

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: August 22, 2025

                                        Respectfully Submitted,


                                        __/s/ James Bilsborrow_____
                                        James Bilsborrow
                                        Weitz & Luxenberg PC
                                        700 Broadway
                                        New York, NY 10003
                                        Tel: (212) 558-5500
                                        jbilsborrow@weitzlux.com

                                        *Attorney for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

|  | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Klimczak, Valerie | 2/14/1962 | California | C.D. California | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 2. | Kline, Denise | 7/8/1970 | Indiana | N.D. Indiana | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 3. | Klingelhoefer, Aimee | 8/11/1977 | Pennsylvania | E.D. Pennsylvania | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 4. | Klitenic, Alan | 9/2/1965 | Texas | N.D. Texas | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 5. | Knighton, Terry | 7/14/1971 | Texas | E.D. Texas | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 6. | Knox, Lilisa | 6/3/1965 | North Carolina | E.D. North Carolina | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 7. | Knox, Myrtis | 1/30/1956 | Mississippi | S.D. Mississippi | No | Yes | No | Kidney Cancer, Thyroid Cancer | 1, 2, 3, 6, 8 |
| 8. | Knuth, Kimberly | 11/20/1998 | Iowa | S.D. Iowa | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 9. | Koch, Nola | 10/3/1945 | Washington | W.D. Washington | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 10. | Kogon, Alyssa | 1/26/1962 | New York | S.D. New York | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 11. | Kohoutek, Jeffrey | 12/28/1960 | Florida | M.D. Florida | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 12. | Koller, Lisa | 6/23/1975 | Michigan | E.D. Michigan | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 13. | Kolomyski, Elaine | 9/25/1948 | Michigan | E.D. Michigan | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 14. | Kopasz, Lori | 3/26/1970 | Utah | District of Utah | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 15. | Koppel, Carl | 3/6/1950 | California | N.D. California | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 16. | Kowalski, Lucille | 11/18/1964 | New York | E.D. New York | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 17. | Kozer, Lynnette | 7/1/1957 | Illinois | S.D. Illinois | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 18. | Krasnek Jr., Ronald | 3/27/1970 | New York | W.D. New York | No | Yes | No | Kidney Cancer, Liver Cancer | 1, 2, 3, 6, 8 |
| 19. | Kreis, Kevin | 10/22/1964 | New York | N.D. New York | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 20. | Krisher, Norma | 5/12/1947 | Pennsylvania | W.D. Pennsylvania | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 21. | Krispinsky, Melissa | 12/10/1970 | Ohio | S.D. Ohio | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 22. | Kritzer, Nicole | 11/16/1975 | North Carolina | M.D. North Carolina | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 23. | Krook, Kimberly | 8/18/1963 | Minnesota | District of Minnesota | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 24. | Krueger, Jadee | 7/14/1972 | Iowa | N.D. Iowa | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 25. | Krupp, Jack | 1/9/2000 | New York | S.D. New York | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 26. | Kruzeski, Ronald | 3/19/1965 | Minnesota | District of Minnesota | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 27. | Kulp, David | 11/23/1953 | Washington | E.D. Washington | No | Yes | No | Testicular Cancer | 1, 2, 3, 6, 8 |
| 28. | Kyle, Marvin | 1/8/1967 | North Carolina | M.D. North Carolina | No | Yes | No | Kidney Cancer, Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 29. | Labanca, Phyllis | 1/25/1962 | New York | S.D. New York | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 30. | Lacayo, Orlando | 8/24/1985 | California | N.D. California | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 31. | LaFave, Richard | 8/4/1965 | Michigan | E.D. Michigan | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 32. | LaFrance, Torrey | 4/13/1977 | Louisiana | W.D. Louisiana | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 33. | Laino Sr., Anthony | 4/24/1959 | New York | E.D. New York | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 34. | Laipple, Loren | 9/9/1960 | Kansas | District of Kansas | No | Yes | No | Testicular Cancer | 1, 2, 3, 6, 8 |
| 35. | Lake, Darrell | 6/29/1977 | California | E.D. California | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 36. | Lakes, Mya | 7/25/1987 | Georgia | N.D. Georgia | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 37. | Lamb, Warren | 2/25/1960 | Massachusetts | District of Massachusetts | No | Yes | No | Testicular Cancer | 1, 2, 3, 6, 8 |
| 38. | Lambert, Jacqueline | 6/18/1981 | Mississippi | N.D. Mississippi | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 39. | Lambrinon, Karen | 12/18/1959 | New York | E.D. New York | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 40. | Lampassi, James | 12/18/1959 | Texas | S.D. Texas | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 41. | Lampkin, Lisa | 7/3/1980 | Minnesota | District of Minnesota | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 42. | Lane, Cindy | 8/9/1964 | Kentucky | E.D. Kentucky | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 43. | Lane, Eric | 8/27/1968 | Minnesota | District of Minnesota | No | Yes | No | Kidney Cancer, Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 44. | Lane, Jimmy | 1/20/1956 | Iowa | N.D. Iowa | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 45. | Lang, Beatrice | 8/11/1947 | New York | E.D. New York | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 46. | Langdon, Jeremy | 12/29/1987 | Illinois | N.D. Illinois | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 47. | Langston, Holly | 5/17/1975 | Virginia | E.D. Virginia | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 48. | Langstreth, Jesse | 1/23/1976 | Texas | N.D. Texas | No | Yes | No | Testicular Cancer | 1, 2, 3, 6, 8 |
| 49. | Lanier, Kathie | 11/3/1958 | Virginia | E.D. Virginia | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 50. | Lanni, Lyndsey | 2/10/1994 | New York | W.D. New York | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 51. | LaPlante, Mary Alice | 10/1/1976 | New York | N.D.N.Y. | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 52. | Lapotsky, Bethany | 4/3/1984 | North Carolina | E.D. North Carolina | No | Yes | No | Thyroid Cancer, Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 53. | Lara, Harrison | 5/16/1997 | Texas | W.D. Texas | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 54. | Larkins, John | 11/9/1940 | Pennsylvania | E.D. Pennsylvania | No | Yes | No | Liver Cancer | 1, 2, 3, 6, 8 |
| 55. | Larsen, Shayne | 6/6/1973 | Utah | District of Utah | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 56. | Lassiter, Phillip | 11/30/1983 | North Carolina | E.D. North Carolina | No | Yes | No | Testicular Cancer | 1, 2, 3, 6, 8 |
| 57. | Lavan, Kraig | 1/17/1974 | Texas | N.D. Texas | No | Yes | No | Testicular Cancer | 1, 2, 3, 6, 8 |
| 58. | Lavars, Kellee | 2/3/1960 | California | C.D. California | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 59. | Lavasani, Kian | 10/28/1991 | California | E.D. California | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 60. | Law, Anthony | 12/2/1946 | Florida | M.D. Florida | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 61. | Layton, John | 1/21/1996 | Florida | M.D. Florida | No | Yes | No | Testicular Cancer | 1, 2, 3, 6, 8 |
| 62. | Layton, Mark | 3/18/1978 | Arizona | District of Arizona | No | Yes | No | Testicular Cancer | 1, 2, 3, 6, 8 |
| 63. | Lebied, Helene | 2/22/1953 | New York | N.D. New York | No | Yes | No | Thyroid Cancer, Ulcerative Colitis | 1, 2, 3, 6, 8 |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 64. | Lebo, Thomas | 4/21/1969 | Michigan | W.D. Michigan | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 65. | Lechuga Jr., Abel | 7/1/1976 | Colorado | District of Colorado | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 66. | Lechuga, Catherine | 11/5/1978 | Colorado | District of Colorado | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 67. | Lee, Agnes | 9/1/1964 | Alabama | M.D. Alabama | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 68. | Lee, Houston | 2/14/1987 | North Carolina | W.D. North Carolina | No | Yes | No | Testicular Cancer | 1, 2, 3, 6, 8 |
| 69. | Lee, William | 10/4/1966 | Kansas | District of Kansas | No | Yes | No | Kidney Cancer, Liver Cancer | 1, 2, 3, 6, 8 |
| 70. | Leggio, Tina | 6/10/1964 | New York | E.D. New York | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 71. | Lehman, Dorothy | 4/23/1976 | Indiana | N.D. Indiana | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 72. | Leigh-Pilecki, Zachary | 8/4/2000 | Indiana | S.D. Indiana | No | Yes | No | Testicular Cancer | 1, 2, 3, 6, 8 |
| 73. | Leker Locker, Chaim | 8/15/1963 | Minnesota | District of Minnesota | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 74. | Lemmer, Kendall | 8/29/1989 | Colorado | District of Colorado | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 75. | Lenk, Rose | 5/24/1977 | California | C.D. California | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 76. | Lenz, Nicole | 1/24/1980 | California | C.D. California | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 77. | Leon, Jose | 11/29/1956 | California | N.D. California | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 78. | Leone, Anthony | 11/25/1953 | Massachusetts | District of Massachusetts | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 79. | Lerum, Jordan | 1/14/1985 | California | C.D. California | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 80. | Lescht, Norman | 12/29/1958 | New Jersey | District of New Jersey | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 81. | Levesque, Janet | 11/10/1953 | South Carolina | District of South Carolina | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 82. | Lewandowski, Nathan | 4/1/1985 | Illinois | N.D. Illinois | No | Yes | No | Testicular Cancer | 1, 2, 3, 6, 8 |
| 83. | Lewis, Albert | 4/10/1970 | North Carolina | E.D. North Carolina | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 84. | Lewis, Colin | 2/8/1970 | New York | E.D. New York | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 85. | Lewis, Ed | 1/5/1957 | Mississippi | N.D. Mississippi | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 86. | Lewis, Jeff | 2/3/1988 | Massachusetts | District of Massachusetts | No | Yes | No | Thyroid Cancer, Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 87. | Leyvas, Christina | 10/8/1970 | North Carolina | M.D. North Carolina | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 88. | Liberto, Antoinette | 5/22/1963 | South Carolina | District of South Carolina | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 89. | Lichten, Sandy | 10/29/1946 | Florida | S.D. Florida | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 90. | Liess, Debra | 7/18/1968 | California | C.D. California | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 91. | Lindquist, Deborah | 7/23/1974 | South Carolina | District of South Carolina | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 92. | Linville, Richard | 12/15/1972 | North Carolina | M.D. North Carolina | No | Yes | No | Kidney Cancer, Thyroid Cancer | 1, 2, 3, 6, 8 |
| 93. | Lirosi, Christina | 1/5/1962 | New York | W.D. New York | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 94. | Little, Deanne | 4/16/1970 | North Carolina | M.D. North Carolina | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 95. | Lockemeyer, David | 12/24/1955 | Ohio | S.D. Ohio | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 96. | Lockie, Laura | 5/25/1971 | Colorado | D. Colorado | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 97. | Loffredo, Stephen | 7/7/1987 | New York | E.D. New York | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 98. | Loftus, Thomas | 4/24/1966 | Iowa | N.D. Iowa | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 99. | Logan, Parker | 1/25/1998 | Louisiana | E.D. Louisiana | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 100. | Logan, Paul | 5/8/1966 | Alabama | S.D. Alabama | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 101. | Lograsso-Gilberti, Danielle | 9/8/1993 | New Jersey | District of New Jersey | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 102. | Lollar, Edward | 4/5/1954 | Maryland | D. Maryland | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 103. | Long, Amanda | 9/23/1992 | California | E.D. California | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 104. | Long, Katrina | 12/26/1981 | Virginia | E.D. Virginia | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 105. | Long, Meredith | 8/16/1981 | West Virginia | S.D. West Virginia | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 106. | Long, Michele | 9/14/1969 | Pennsylvania | E.D. Pennsylvania | No | Yes | No | Kidney Cancer, Thyroid Cancer | 1, 2, 3, 6, 8 |
| 107. | Long, Olivia | 3/26/1993 | Pennsylvania | W.D. Pennsylvania | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 108. | Lopez, Alejandra | 9/7/1989 | California | S.D. California | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 109. | Lopez, Anna | 12/22/1968 | California | E.D. California | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 110. | Lopez, Juana | 9/4/1960 | Texas | S.D. Texas | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 111. | Lopez, Nina | 1/21/1972 | California | S.D. California | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 112. | Lopez, Robert | 6/21/1994 | Ohio | S.D. Ohio | No | Yes | No | Testicular Cancer | 1, 2, 3, 6, 8 |
| 113. | Loving, Janine | 3/25/1972 | California | E.D. California | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 114. | Lowrey, Jeanise | 5/10/1960 | California | E.D. California | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 115. | Luci, Andy | 11/11/1971 | California | E.D. California | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 116. | Lucich, Nathan | 12/6/1973 | Colorado | District of Colorado | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 117. | Ludlow, Donald | 2/26/1951 | Arizona | District of Arizona | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 118. | Luftglass, Robert | 6/28/1961 | Virginia | E.D. Virginia | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 119. | Lull, Brian | 7/28/1995 | Michigan | E.D. Michigan | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 120. | Lumia, Nicholas | 8/25/1955 | Florida | M.D. Florida | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 121. | Luna, Roman | 9/5/1964 | Texas | S.D. Texas | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 122. | Lupinacci, Donata | 7/30/1973 | Florida | M.D. Florida | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 123. | Lutje, Dennis | 4/9/1964 | Colorado | District of Colorado | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 124. | Luu, Jessica | 8/5/1976 | California | E.D. California | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 125. | Lymon, Emanuelle | 10/10/1987 | Alabama | S.D. Alabama | No | Yes | No | Testicular Cancer | 1, 2, 3, 6, 8 |
| 126. | Lyons, Karnicha | 4/17/1976 | Texas | N.D. Texas | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 127. | Mabry, Brien | 6/22/1990 | California | S.D. California | No | Yes | No | Testicular Cancer | 1, 2, 3, 6, 8 |
| 128. | MacCallum, Lauren | 5/27/1984 | New York | S.D. New York | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 129. | Maclay, Mona | 4/1/1992 | Texas | S.D. Texas | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 130. | Magalhaes, Joao | 4/20/1988 | Florida | S.D. Florida | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 131. | Magnuson, Brian | 12/13/1986 | Illinois | N.D. Illinois | No | Yes | No | Testicular Cancer | 1, 2, 3, 6, 8 |
| 132. | Mahan, Cheryl | 7/15/1971 | Kentucky | W.D. Kentucky | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 133. | Maillet, Amy | 11/13/1974 | New Hampshire | District of New Hampshire | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 134. | Malakowsky, Daniel | 8/15/1972 | Michigan | W.D. Michigan | No | Yes | No | Testicular Cancer | 1, 2, 3, 6, 8 |
| 135. | Malinowski, Benjamin | 1/15/1989 | Georgia | N.D. Georgia | No | Yes | No | Ulcerative Colitis | 1, 2, 3, 6, 8 |
| 136. | Mallory, Michael | 4/11/1975 | California | E.D. California | No | Yes | No | Testicular Cancer | 1, 2, 3, 6, 8 |
| 137. | Malone, Diane | 9/16/1965 | Alabama | N.D. Alabama | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 138. | Malone, Latasha | 4/6/1971 | California | C.D. California | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 139. | Maloney, Shannon | 7/16/1971 | Arizona | District of Arizona | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 140. | Manchester, Kenneth | 9/13/1961 | Massachusetts | District of Massachusetts | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |
| 141. | Mandrell, Staci | 7/28/1971 | Pennsylvania | W.D. Pennsylvania | No | Yes | No | Kidney Cancer, Thyroid Cancer | 1, 2, 3, 6, 8 |
| 142. | Manicchia, Tonya | 8/31/1969 | Texas | N.D. Texas | No | Yes | No | Kidney Cancer | 1, 2, 3, 6, 8 |

|  | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 143. | Manon, Dorothy | 4/18/1967 | Illinois | N.D. Illinois | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 144. | Mansell, Ladonna | 10/19/1960 | Alabama | N.D. Alabama | No | Yes | No | Thyroid Cancer | 1, 2, 3, 6, 8 |
| 145. |  |  |  |  |  |  |  |  |  |
| 146. |  |  |  |  |  |  |  |  |  |
| 147. |  |  |  |  |  |  |  |  |  |
| 148. |  |  |  |  |  |  |  |  |  |
| 149. |  |  |  |  |  |  |  |  |  |
| 150. |  |  |  |  |  |  |  |  |  |